FILED ENTERED
LODGED RECEIVED
JUL -7 2009
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                     DEPUTY

09-CV-00114-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN K. JOHNSON,                )  CASE NO. C09-0114-JLR
                                 )
         Petitioner,             )
                                 )
    v.                           )  ORDER DISMISSING § 2254
                                 )  PETITION WITHOUT PREJUDICE
RON VAN BOENING,                 )
                                 )
         Respondent.             )
_____  )

The Court, having reviewed the petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's federal habeas petition (Dkt. 7) is DISMISSED, without prejudice, for failure to identify any ground for relief;

(3) Petitioner's motion to amend his petition to add defendants (Dkt. 14) is STRICKEN as moot; and

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for

ORDER DISMISSING § 2254
PETITION WITHOUT PREJUDICE
PAGE -1

01    respondent, and to Judge Theiler.

02    DATED this 7th day of _____July_____, 2009.

             _____
             JAMES L. ROBART
             United States District Judge

ORDER DISMISSING § 2254
PETITION WITHOUT PREJUDICE
PAGE -2